■ YVETTE GRUBMAN, Appellant, v ALLEN GRUBMAN, Respondent. [594 NYS2d 220] —Order, Supreme Court, New York County (Jacqueline Silbermann, J.), entered on or about May 19, 1992, which, *inter alia,* granted defendant's motion for summary judgment, unanimously affirmed, without costs.

The instant marital settlement, pursuant to which plaintiff receives, among other things, a lifetime tax-free payment of

$17,000 per month, a $350,000 lump sum initial payment, and a large apartment for life, clearly was not unconscionable and was not the result of overreaching by defendant *(see, Christian v Christian,* 42 NY2d 63). Not only is there insufficient evidence to support plaintiff's claim that she was incompetent to negotiate the settlement, she was represented by highly skilled attorneys and other professionals *(see, e.g., Beutel v Beutel,* 55 NY2d 957). In addition, plaintiff accepted the benefits of the bargain for almost two years before she sought to set the agreement aside *(supra; see also, Sheindlin v Sheindlin,* 88 AD2d 930). Moreover, plaintiff's express representations in the settlement agreement preclude her claims that defendant fraudulently misrepresented his finances to her *(see, Cohen v Cohen,* 1 AD2d 586, *affd* 3 NY2d 813). Under the circumstances, summary judgment was warranted. Concur —Murphy, P. J., Carro, Rosenberger and Ross, JJ.